# Law Office of Mohammed Gangat

*Representing Employees in Employment and Discrimination Law and Related Litigation*

**May 18, 2021**

675 Third Avenue, Suite 1810
New York, NY 10017
(718) 669-0714
mgangat@gangatpllc.com

Hon. Judge J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square,
New York, NY 10007

    <u>**Re:**</u>  <u>**Victor Campbell v. City of New York, and NYPD Officers John Does #1-4;
No. 1:21-cv-04049-JPO**</u>

To the Honorable Judge Oetken:

  I represent Plaintiff Victor Campbell in the above action. I write to request that the Court remove this case from its docket and discontinue this action. The reason we request this is that there was a small miscommunication in my office resulting in two filings of the same action. We chose to remove this action instead of the other due to the fact that the other action (1:21-cv-04056-AJN) already has an Initial Pretrial Conference scheduled and on the Court calendar.

  Please advise if Your Honor requires any additional information or filings to remove this action from the Court docket.

  Thank you, in advance, for your time and attention to this matter.

Respectfully Submitted,
/s *Mohammed Gangat*
Mohammed Gangat, Esq.

---

This case is hereby discontinued in light of the filing of Case Number 21-CV-4056 (SDNY).
The Clerk of Court is directed to close this case.
So ordered: 5/19/2021

_____
J. PAUL OETKEN
United States District Judge